UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case No**. 2:14-CV-00769-LKK-EFB |
| Plaintiff, | **Order Continuing Scheduling Conference** |
| v. | |
| **Clarence C Tyer**, Trustee--Clarence C Tyer Revocable Trust; and Does 1-10, | |
| Defendants | |

Having read Plaintiff's Declaration regarding the upcoming Scheduling Conference:

**IT IS ORDERED** that the Scheduling Conference and all accompanying dates be continued until October 6, 2014 at 1:30 p.m.

Date: **June 11, 2014.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-