TRAINOR FAIRBROOK
DANIEL M. STEINBERG (SBN 194948)
dsteinberg@trainorfairbrook.com
JESSICA A. ROBISON (SBN 220846)
jrobison@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California  95825
Telephone:     (916) 929-7000
Facsimile:      (916) 929-7111
mlr:4700004.1257543.1

Attorneys for Defendant
CLARENCE C. TYER -- Trustee of Clarence C. Tyer Revocable Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>CLARENCE C. TYER, Trustee -- Clarence C. Tyer Revocable Trust; and DOES 1-10,<br><br>         Defendants. | Case No.  2:14-CV-00769-LKK-EFB<br><br>**ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   March 26, 2014<br>Trial Date:              None |

As stipulated by and between the parties to this action through their designated counsel, Defendant CLARENCE C. TYER, Trustee -- Clarence C. Tyer Revocable Trust is granted an extension until August 22, 2014 to respond or otherwise plead reference to Plaintiff's Complaint.

**IT IS SO ORDERED** that Defendant CLARENCE C. TYER, Trustee -- Clarence C. Tyer Revocable Trust's response to Plaintiff's Complaint will be due no later than August 22, 2014.

Dated: August 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT